UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

**JARROD BRODERICK WILSON**  **CIVIL ACTION NO. 11-1318-P**

**VERSUS**  **JUDGE WALTER**

**DENNIS G. REED, ET AL.**  **MAGISTRATE JUDGE HORNSBY**

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and noting the lack of written objections filed by Plaintiff and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the motion for a preliminary injunction and the motion for a temporary restraining order (Doc. 4) are **DENIED.**

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this __11__ day of __March__ 2012.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE