UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JARROD BRODERICK WILSON     CIVIL ACTION NO. 11-cv-1318

VERSUS     JUDGE WALTER

DENNIS G. REED, ET AL     MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion for Summary Judgment (Doc. 44) is granted** and all claims against Dennis G. Reed and Randy Clark are **dismissed with prejudice**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 16 day of July, 2014.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE